UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18-87-BAJ-RLB |
| vs. | ) | |
| | ) | Hon. Brian A. Jackson |
| | ) | |
| RANDY J. LAMARTINIERE | ) | |

### DEFENDANT NOTICE OF APPEAL

Notice is hereby given that RANDY LAMARTINIERE, defendant-appellant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from a criminal judgment and commitment issued on April 3, 2023.

Respectfully submitted,

RANDY LAMARTINIERE
By: s/Beau B. Brindley

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Boulevard
Suite 1410
Chicago, Illinois  60604
(312) 765-8878